| | |
|---|---|
| Glenn E. Westreich (State Bar No. 100457)<br>Patrick T. Michael (State Bar No. 169745)<br>Beth L. Mitchell (State Bar No. 187460)<br>NIXON PEABODY LLP<br>Two Embarcadero Center, Suite 2700<br>San Francisco, CA 94111<br>Telephone: (415) 984-8200<br>Facsimile: (415) 984-8300 | Frank E. Scherkenbach (CSB No. 142549)<br>Kurt L. Glitzenstein (Admitted *Pro Hac Vice*)<br>Craig R. Smith (Admitted *Pro Hac Vice*)<br>FISH & RICHARDSON P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804<br>Telephone: (617) 542-5070<br>Facsimile: (617) 542-8906 |
| Attorneys for FRANK MORROW, on behalf of and as trustee for the General Unsecured Creditors' Liquidating Trust of At Home Corporation, and on behalf of an in the name of the At Home Liquidating Trust of At Home Corporation | John V. Picone, III (CSB No. 187226)<br>Katherine D. Prescott (CSB No. 215496)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071 |
| Brett J. Williamson (CSB No. 145235)<br>Nathaniel L. Dilger (CSB No. 196203)<br>O'MELVENY & MYERS LLP<br>114 Pacifica, Suite 100<br>Irvine, CA 92618-3318<br>Telephone: (949) 737-2900<br>Facsimile: (949) 737-2300 | Attorneys for Defendant<br>MICROSOFT CORPORATION<br>*(Additional counsel listed on last page)* |

Attorneys for Counter Claim Defendant:
JACQUELYN CRAWFORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRANK MORROW, on behalf of and as trustee for the General Unsecured Creditors' Liquidating Trust of At Home Corporation, and on behalf of an in the name of the At Home Liquidating Trust of At Home Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION<br><br>Defendant/Counterclaim Plaintiff, | CASE NO.: C 03 4739 CW<br><br>**STIPULATION AND ORDER RE SUBSTITUTION OF TRUSTEE**<br><br>[No hearing unless required] |

## STIPULATION

It is hereby stipulated by and between plaintiff, Frank A. Morrow ("Trustee" or "Plaintiff"), Trustee of the At Home Corporation General Unsecured Creditors' Liquidating Trust ("AHGUCLT" or "GUC Trust"), and Microsoft Corporation ("Microsoft" or "Defendant") as follows:

1. Effective April 14, 2005, the Plaintiff Frank A. Morrow ("Morrow") resigned as the Trustee of the GUC Trust and is no longer a party to this action.

2. Hank M. Spacone ("Spacone") has succeeded Morrow as Trustee and is hereby substituted in to this action in the place and stead of Morrow. Spacone shall hereafter be the named plaintiff in this matter.

3. Nothing in this Stipulation shall diminish, abridge, or waive Microsoft's contentions that (1) none of the GUC Trust, Morrow, or Spacone has standing to maintain this action against Microsoft, and (2) the Settlement Agreement and Mutual Release entered into on and around April 24, 2003, between Microsoft and the At Home Liquidating Trust operates to release and extinguish certain claims against Microsoft in this action.

**IT IS SO AGREED.**

Dated: June 23, 2005

NIXON PEABODY LLP

By: _____
Beth L. Mitchell
Attorneys for FRANK MORROW, on behalf of and as trustee for the General Unsecured Creditors' Liquidating Trust of At Home Corporation, and on behalf of an in the name of the At Home Liquidating Trust of At Home Corporation

Dated: June 23, 2005

O'MELVENY & MYERS LLP

By: _____ /FOR/
Brett J. Williamson
Nate L. Dilger
Attorneys for Counterclaim Defendant JACQUELYN CRAWFORD, on behalf of
and as trustee for the At Home Liquidating Trust

Dated: June 23, 2005

FISH & RICHARDSON P.C.

By: _____
Kurt L. Glitzenstein
Attorneys for MICROSOFT CORPORATION

*Additional counsel:*
Isabella Fu (CSB No. 154677)
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052-6399
Telephone: (425) 882-8080
Facsimile: (425) 936-7329

### ORDER

Having reviewed the Stipulation herein and having found just cause for the relief sought. The Court hereby orders that Hank M. Spacone shall hereafter be substituted as the named plaintiff in this matter.

**IT IS HEREBY ORDERED:**

/s/ CLAUDIA WILKEN

6/27/05

Honorable Claudia Wilkin
United States District Judge
Northern District of California

## PROOF OF SERVICE

**CASE NAME:** *Morrow v. Microsoft Corporation*
**COURT:** U. S. District Court Northern District of California (Oakland Division)
**CASE NO.:** C 03 4739 CW
**NP FILE NO.:** 313893.000016

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is Two Embarcadero Center, Suite 2700, San Francisco, CA 94111-3996. On this date, I served the following document(s):

**STIPULATION AND ORDER REGARDING SUBSTITUTION OF TRUSTEE**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__ : <u>By First-Class Mail</u> - I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

____ : <u>By Personal Service</u> - I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

____ : <u>By Overnight Courier</u> - I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

____ : <u>By Facsimile</u> - From facsimile number (415) 984-8300 before 5:00 P.M., I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

<u>Addressee(s)</u>

**PLEASE SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct. Executed on **June 23, 2005** at San Francisco, California.

_____
Tapa E. Tualaulelei

-1-

PROOF OF SERVICE w/ SERVICE LIST
CASE NO. C 03 4739 CW

S422089.1

## SERVICE LIST

| | |
|---|---|
| John V. Picone, III, Esq.<br>Katherine D. Prescott, Esq.<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071 | **Attorneys for Defendant:**<br>**MICROSOFT CORPORATION** |
| Frank E. Scherkenbach, Esq.<br>Kurt L. Glitzenstein, Esq.<br>Craig R. Smith, Esq.<br>FISH & RICHARDSON P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804<br>Telephone: (617) 542-5070<br>Facsimile: (617) 542-8906 | |
| Brett J. Williamson, Esq.<br>Nathaniel L. Dilger, Esq.<br>O'Melveny & Myers LLP<br>114 Pacifica, Suite 100<br>Irvine, CA 92618-3318<br>Telephone No.: (949) 737-2900<br>Facsimile No.: (949) 737-2300 | **Attorneys for Counterclaim Defendant:**<br>**JACQUELYN CRAWFORD, on behalf of and as Trustee for the At Home Liquidating Trust** |