UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANK M. SPACONE, on behalf of and as Trustee for the General Unsecured Creditors' Liquidating Trust of At Home Corporation, and on Behalf of and in the name of the At Home Liquidating Trust of At Home Corporation,<br><br>       Plaintiff(s),<br><br>   v.<br><br>Microsoft Corporation,<br><br>       Defendant(s). | No. C03-4739 CW (BZ)<br><br>**ORDER SCHEDULING HEARING** |

   **IT IS HEREBY ORDERED** that a telephonic hearing to consider the issues raised in Ms. Mitchell's letter of July 1, 2005, which the court received this morning, is scheduled for **July 8, 2005, at 9:00 a.m.**  Microsoft's two page response is due by **noon** on **July 7, 2005.**  Counsel for plaintiff shall get counsel for defendant on the line and contact chambers at **415-522-4093.**

   If the parties wish to extend the discovery deadlines,

1

1 | they should approach Judge Wilken's chambers.  I do not have
2 | the authority to extend any deadlines that Judge Wilken
3 | imposed.
4 | Dated: July 5, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\MORROW\DISC6.ORD.wpd