IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MORROW, on behalf of and as Trustee for the General Unsecured Creditors' Liquidating Trust of At Home Corporation, and on behalf of and in the name of the At Home Liquidating Trust of At Home Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　Defendant.<br>_____ / | No. C 03-4739 CW<br><br>ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S OBJECTION TO THE MAGISTRATE JUDGE'S ORDER DENYING PLAINTIFF'S MOTION TO COMPEL |

　　Plaintiff Hank Spacone,[1] Trustee for the General Unsecured Creditors' Liquidating Trust of At Home Corporation, objects to the Magistrate Judge's February 24, 2005 order denying Plaintiff's motion to compel production of certain source code.

　　Defendant Microsoft Corporation shall, within two weeks of the date of this order, file an opposition to Plaintiff's objection. Plaintiff shall file a reply one week later. The matter will be taken under submission on the papers.

　　IT IS SO ORDERED.

Dated: 7/8/05　　　　　　　　　　　　　/s/ CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] On June 23, 2005, Spacone was substituted for Frank Morrow as Trustee for the General Unsecured Creditors' Liquidating Trust of At Home Corporation.