IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANK M. SPACONE, on behalf of and as Trustee for the General Unsecured Creditors' Liquidating Trust of At Home Corporation, and on behalf of and in the name of the At Home Liquidating Trust of At Home Corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>      Defendant.<br>_____/ | No. C 03-4739 CW<br><br>ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S OBJECTION TO THE MAGISTRATE JUDGE'S ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL |

    Plaintiff Hank Spacone, Trustee for the General Unsecured Creditors' Liquidating Trust of At Home Corporation, objects to the Magistrate Judge's August 16, 2005 order granting in part and denying in part Plaintiff's motion to compel production of post-2002 "Smart Tag Alias" e-mails.

    Defendant Microsoft Corporation shall, within two weeks of the date of this order, file an opposition to Plaintiff's objection.  Plaintiff shall file a reply one week later.  The matter will be taken under submission on the papers.

    IT IS SO ORDERED.


Dated: 9/7/05                                       /s/ CLAUDIA WILKEN
                                                           CLAUDIA WILKEN
                                                           United States District Judge

United States District Court

For the Northern District of California