UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANK M. SPACONE, on behalf of and as Trustee for the General Unsecured Creditors' Liquidating Trust of At Home Corporation, and on Behalf of and in the name of the At Home Liquidating Trust of At Home Corporation,<br><br>    Plaintiff(s),<br><br>    v.<br><br>Microsoft Corporation,<br><br>    Defendant(s). | No. C03-4739 CW (BZ)<br><br>**EIGHTH DISCOVERY ORDER** |

Following the telephonic discovery conference on December 9, 2005, **IT IS HEREBY ORDERED** that:

    1. Microsoft may depose Mr. Horowitz for up to one hour, on his conversation with Mr. Klausner. The deposition must be completed December 20, 2005.

///

///

///

1

2. Microsoft's request that plaintiffs produce Mr. Klausner's financial records is **DENIED**.

Dated: December 12, 2005

                     /s/ Bernard Zimmerman
                     Bernard Zimmerman
                     United States Magistrate Judge

G:\BZALL\-REFS\SPACONE\DISC8.ORD.wpd