Frank E. Scherkenbach (CSB No. 142549/Scherkenbach@fr.com)
Kurt L. Glitzenstein (Admitted Pro Hac Vice)
Craig R. Smith (Admitted Pro Hac Vice)
Peter J. Kirk (Admitted Pro Hac Vice)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

John V. Picone III (CSB No. 187226/Picone@fr.com)
Katherine D. Prescott (CSB No. 215496/Prescott@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Additional counsel listed on last page

Attorneys for Defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| HANK SPACONE, on behalf of and as Trustee for the General Unsecured Creditors' Liquidating Trust of At Home Corporation, and on behalf of and in the name of the At Home Liquidating Trust of At Home Corporation,<br><br>Plaintiff,<br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant/Counterclaim Plaintiff,<br>v.<br><br>HANK SPACONE, on behalf of and as Trustee for the General Unsecured Creditors' Liquidating Trust of At Home Corporation, and on behalf of and in the name of the At Home Liquidating Trust of At Home Corporation and JACQUELYN CRAWFORD, as Trustee for the At Home Liquidating Trust of At Home Corporation,<br><br><u>Counterclaim Defendants.</u> | Civil Action No. C 03 4739 (CW)<br><br>**DECLARATION OF W. BRUCE CROFT IN SUPPORT OF MICROSOFT'S OPPOSITION TO SPACONE'S MOTION TO STRIKE INADMISSIBLE EVIDENCE OFFERED BY MICROSOFT IN OPPOSITION TO SPACONE'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN SUPPORT OF MICROSOFT'S MOTION FOR SUMMARY JUDGMENT [CORRECTED]**<br><br>Date: January 13, 2006<br>Time: 10:00 a.m.<br>Place: Courtroom 2<br>Judge: Honorable Claudia Wilken |

I, W. Bruce Croft, do hereby declare as follows:

1. I am the Chair of the Department of Computer Science of the University of Massachusetts, in Amherst, Massachusetts. I am also the Director of the Center for Intelligent Information Retrieval. The Center for Intelligent Information Retrieval is also at the University of Massachusetts. I have personal knowledge of the facts stated herein and would testify to them under oath if called upon to do so.

2. This corrected declaration is made in support of MICROSOFT'S OPPOSITION TO SPACONE'S MOTION TO STRIKE INADMISSIBLE EVIDENCE OFFERED BY MICROSOFT IN OPPOSITION TO SPACONE'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN SUPPORT OF MICROSOFT'S MOTION FOR SUMMARY JUDGMENT.

3. Attached hereto as Exhibit A is a true and correct copy of my curriculum vitae. This curriculum vitae was originally produced as an appendix to my expert reports which were served on August 19 and September 16, 2005.

4. Attached hereto as Exhibit B is a true and correct copy of the claim chart which I prepared for this matter and which was attached to my expert report on invalidity, served August 19, 2005, setting forth my opinions and conclusions regarding the disclosure of Lowder, Jason & Xindong Wu, "Wide Area Selection as a Hyperdocument Search Interface," 7th Annual World Wide Web Conference, pages 658-59, Brisbane, Australia (Apr. 14-18, 1998), which demonstrates the invalidity of certain asserted claims of U.S. Patent No. 6,122,647. I still agree with the opinions and conclusions detailed in this claim chart, and incorporate them herein by reference.

5. Attached hereto as Exhibit C is a true and correct copy of the claim chart which I prepared for this matter and which was attached to my expert report on invalidity, served August 19, 2005, setting forth my opinions and conclusions regarding the disclosure of Bill N. Schilit, Gene Golovchinsky, Morgan N. Price, "Beyond Paper: Supporting Active Reading with Free From Digital Ink Annotations," Proceedings of the SIGCHI Conference on Human factors in

DECLARATION OF W. BRUCE CROFT IN SUPPORT OF MICROSOFT'S OPPOSITION TO SPACONE'S MOTION TO STRIKE INADMISSIBLE EVIDENCE OFFERED BY MICROSOFT IN OPPOSITION TO SPACONE'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN SUPPORT OF MICROSOFT'S MOTION FOR SUMMARY JUDGMENT [CORRECTED]

Civil Action No. C 03 4739 (CW)

2

Computing Systems (CHI '98), Los Angeles, CA, pp. 249-56 (April 1998), which demonstrates the invalidity of certain asserted claims of U.S. Patent No. 6,122,647. I still agree with the opinions and conclusions detailed in this claim chart, and incorporate them herein by reference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of December, 2005, at Amherst, Massachusetts.

Dated: December 20, 2005               FISH & RICHARDSON P.C.


                                       By: /s/ W. Bruce Croft
                                       W. Bruce Croft