Glenn E. Westreich (State Bar No.: 100457)
Patrick T. Michael (State Bar No. 169745)
Beth L. Mitchell (State Bar. No. 187460)
NIXON PEABODY LLP
Two Embarcadero Center, Suite 2700
San Francisco, CA  94111
Telephone:  (415) 984-8200
Facsimile:  (415) 984-8300

Attorneys for Plaintiff/Counterclaim Defendant:
HANK SPACONE

Brett J. Williamson (CSB No. 145235)
Nathaniel L. Dilger (CSB No. 196203)
O'MELVENY & MYERS LLP
114 Pacifica, Suite 100
Irvine, CA 92618-3318
Telephone:  (949) 737-2900
Facsimile:  (949) 737-2300

Attorneys for Counter Claim Defendant:
JACQUELYN CRAWFORD

Frank E. Scherkenbach (CSB No. 142549)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA  02110-2804
Telephone:  (617) 542-5070
Facsimile:  (617) 542-8906

*Additional counsel listed on last page*

Attorneys for Defendant/Counterclaim Plaintiff:
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HANK SPACONE, on behalf of and as Trustee for the General Unsecured Creditors' Liquidating Trust of At Home Corporation, and on behalf of and in the name of the At Home Liquidating Trust of At Home Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION<br><br>    Defendant/Counterclaim Plaintiff,<br><br>    v.<br><br>HANK SPACONE, on behalf of and as Trustee for the General Unsecured Creditors' Liquidating Trust of At Home Corporation, and on behalf of and in the name of the At Home Liquidating Trust of At Home Corporation; and JACQUELYN CRAWFORD, as Trustee for the At Home Liquidating Trust of At Home Corporation,<br><br>    Counterclaim Defendants. | Case No. C 03 4739 (CW)<br><br>**ORDER GRANTING AS MODIFIED STIPULATION CONTINUING THE HEARING DATE FOR PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO FED.R.CIV.P. 59(e)** |

### STIPULATED MOTION PURSUANT TO LOCAL RULE 6-2

The parties hereby stipulate to change the schedule for Plaintiff's Motion To Alter Or Amend Judgment Pursuant To Fed.R.Civ.P. 59(e), such that Microsoft's opposition brief will be due on_____, 2006, and so that the motion may be heard on May 12, 2006.  This will allow _____.

Wherefore, IT IS STIPULATED THAT the briefing and hearing schedule be shortened accordingly.

| | |
|---|---|
| Dated:  March ___, 2006 | Dated:  March___, 2006 |
| NIXON PEABODY LLP | FISH & RICHARDSON P.C. |
| By:_____/s/_____<br>    Glenn E. Westreich<br>    Patrick T. Michael<br>    Beth L. Mitchell | By:_____/s/_____<br>    Frank E. Scherkenbach (CSB No. 142549)<br>    Kurt Glitzenstein (Admitted *pro hac vice*)<br>    Craig R. Smith (Admitted *pro hac vice*)<br>FISH & RICHARDSON P.C.<br>225 Franklin Street |
| Attorneys for Plaintiff/Counter Defendant<br>HANK SPACONE, on behalf of and as<br>Trustee for the General Unsecured Creditors'<br>Liquidating Trust of At Home Corporation,<br>and on behalf of and in the name of the<br>At Home Liquidating Trust of At Home Corp. | Boston, MA  02110-2804<br>Telephone:  (617) 542-5070<br>Facsimile:  (617) 542-8906<br><br>Attorneys for Defendant/Counter Plaintiff<br>MICROSOFT CORPORATION |
| Dated:  March ___, 2006 | ***Additional Counsel for Microsoft Corp.:*** |
| O'MELVENY & MYERS LLP | John V. Picone, III (CSB No. 187226)<br>Katherine D. Prescott (CSB No. 215496)<br>FISH & RICHARDSON P.C. |
| By:_____/s/_____<br>    Brett J. Williamson<br>    Nathaniel L. Dilger | 500 Arguello Street, Suite 500<br>Redwood City, CA  94063<br>Telephone:  (650) 839-5070<br>Facsimile:  (650) 839-5071 |
| Attorneys for Counterclaim Defendant<br>JACQUELYN CRAWFORD, on behalf of<br>and as trustee for the At Home Liquidating<br>Trust | Isabella Fu, Esq. (CSB No. 154677)<br>One Microsoft Way<br>Redmond, WA 98052-6399<br>Telephone: (425) 882-8080<br>Facsimile: (425) 936-7329 |

**IT IS SO ORDERED.  The hearing is continued to May 12, 2006, at 10:00 a.m., but the briefing schedule is not changed.**

2

STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE FOR PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO FED.R.CIV.P. 59(e)
Case No. C 03 4739 (CW)

1 DATED: 3/31/06          /s/ CLAUDIA WILKEN
2                         _____
                          The Honorable Claudia Wilken
3                         United States District Court Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING THE
HEARING DATE FOR PLAINTIFF'S MOTION TO ALTER OR
AMEND JUDGMENT PURSUANT TO FED.R.CIV.P. 59(e)
Case No. C 03 4739 (CW)

3