| | |
|---|---|
| Glenn E. Westreich (State Bar No. 100457) | Frank E. Scherkenbach (CSB No. 142549) |
| Patrick T. Michael (State Bar No. 169745) | Kurt L. Glitzenstein (Admitted *Pro Hac Vice*) |
| Beth L. Mitchell (State Bar. No. 187460) | Craig R. Smith (Admitted *Pro Hac Vice*) |
| Paul E. Stinson (State Bar No. 233486) | FISH & RICHARDSON P.C. |
| NIXON PEABODY LLP | 225 Franklin Street |
| Two Embarcadero Center, Suite 2700 | Boston, MA 02110-2804 |
| San Francisco, CA 94111 | Telephone: (617) 542-5070 |
| Telephone: (415) 984-8200 | Facsimile: (617) 542-8906 |
| Facsimile: (415) 984-8300 | |
| | John V. Picone, III (CSB No. 187226) |
| Attorneys for HANK SPACONE, on behalf of and as trustee for the General Unsecured Creditors' Liquidating Trust of At Home Corporation, and on behalf of and in the name of the At Home Liquidating Trust of At Home Corporation | Katherine D. Prescott (CSB No. 215496) |
| | FISH & RICHARDSON P.C. |
| | 500 Arguello Street, Suite 500 |
| | Redwood City, CA 94063 |
| | Telephone: (650) 839-5070 |
| | Facsimile: (650) 839-5071 |
| | |
| | Attorneys for Defendant |
| | MICROSOFT CORPORATION |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| HANK SPACONE, on behalf of and as Trustee for the General Unsecured Creditors' Liquidating Trust of At Home Corporation, and on behalf of and in the name of the At Home Liquidating Trust of At Home Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION<br><br>Defendant/Counterclaim Plaintiff,<br><br>v.<br><br>HANK SPACONE, on behalf of and as Trustee for the General Unsecured Creditors' Liquidating Trust of At Home Corporation, and on behalf of and in the name of the At Home Liquidating Trust of At Home Corporation, and JACQUELYN CRAWFORD, as Trustee for the At Home Liquidating Trust of At Home Corporation<br><br>Counterclaim Defendants. | Case No. C 03 4739 CW<br><br>**STIPULATION AS TO DEFENDANT MICROSOFT CORPORATION'S BILL OF COSTS** |

STIPULATION RE MICROSOFT'S BILL OF COSTS
[CASE NO. C 03 4739 CW]

S534752.1

Plaintiff/Counter-Claim Defendant HANK SPACONE, on behalf of and as Trustee for the General Unsecured Creditors' Liquidating Trust of At Home Corporation, and on behalf of and in the name of the At Home Liquidating Trust of At Home Corporation (collectively "Plaintiff"), and Defendant MICROSOFT CORPORATION ("Defendant"), by and through their attorneys of record, hereby enter into the following stipulation regarding Microsoft's Bill of Costs.

1. On March 10, 2006, the Court entered its Order and Judgment on the parties' Cross-Motions for Summary Judgment. [Docket Nos. 242-43.] This Order permits Defendant to recover its costs from Plaintiff.

2. On March 20, Plaintiff submitted its Motion to Alter or Amend Judgment Pursuant to Fed. R. Civ. P. 59(e). [Docket No. 247.]

3. On March 24, Defendant submitted its Bill of Costs totaling $ 67,174.19. [Docket No. 251.]

4. Over the course of April 3 through April 10 the parties met and conferred regarding Plaintiff's objections to Defendant's Bill of Costs. Pursuant to those discussions, the parties have agreed to a stipulated total costs figure of **$ 47,422.86**.

5. The parties have also agreed to stay Plaintiff's payment obligation pending resolution of Plaintiff's Rule 59(e) motion. Should Defendant still be entitled to recover costs following resolution of that motion, then Plaintiff's payment obligation will come due within fourteen (14) days after entry of the Court's order or judgment on the motion. However, Plaintiff expressly reserves its right to move the Court for a stay of its obligation to pay those costs pending appeal.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: April 10, 2006                    NIXON PEABODY LLP

By: _____
Glenn E. Westreich
Patrick T. Michael
Beth L. Mitchell
Paul E. Stinson
Attorneys for Plaintiff/Counter Defendant HANK SPACONE, on behalf of and as trustee for the General Unsecured Creditors' Liquidating Trust of At Home Corporation, and on behalf of and in the name of the At Home Liquidating Trust of At Home Corporation

DATED: April 10, 2006                    FISH & RICHARDSON P.C.

By: _____
Jennifer K. Bush
Attorneys for Defendant/Counter Plaintiff
MICROSOFT CORPORATION

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 4/18/06

_____
Honorable Claudia Wilken
United States District Judge
Northern District of California

STIPULATION RE MICROSOFT'S BILL OF COSTS        -3-        S534752.1
[CASE NO. C 03 4739 CW]