IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANK SPACONE, on behalf of and as Trustee for the General Unsecured Creditors' Liquidating Trust of At Home Corporation, and on behalf of and in the name of the At Home Liquidating Trust of At Home Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant/Counterclaim Plaintiff,<br><br>  v.<br><br>HANK SPACONE, on behalf of and as Trustee for the General Unsecured Creditors' Liquidating Trust of At Home Corporation, and on behalf of and in the name of the At Home Liquidating Trust of At Home Corporation, and JACQUELYN CRAWFORD, as Trustee for the At Home Liquidating Trust of At Home Corporation,<br><br>    Counterclaim Defendants.<br>_____/ | No. C 03-4739 CW<br><br>ORDER DISMISSING THE ACTION |

    On November 26, 2007, the Federal Circuit issued its mandate in this case holding that Plaintiff Hank Spacone, on behalf of and as Trustee for the General Unsecured Creditors' Liquidating Trust of At Home Corporation, and on behalf of and in the name of the At

1  Home Liquidating Trust of At Home Corporation, does not have
2  standing to sue Defendant Microsoft Corporation for infringement of
3  the '647 patent.  Accordingly, the Court does not have jurisdiction
4  over this action, and Plaintiff's claims are DISMISSED.  The
5  judgment dated March 10, 2006 (Docket No. 243) is VACATED.
6  Judgment shall enter for Defendant; Defendant shall recover its
7  costs of the action.
8       IT IS SO ORDERED.

11  Dated: 12/13/07                CLAUDIA WILKEN
                                   United States District Judge